In the Matter of the Estate of SARAH L. CANNAN, Deceased. M. FRANCIS MALONE, as Executor of SARAH L. CANNAN, Deceased, Appellant; DONALD CULKIN et al., Respondents. — Appeal dismissed, without costs. Memorandum: While the decree appealed from was, in our opinion, properly made, we do not affirm it for the reason that the executor-appellant is not under the circumstances here an aggrieved party. He has no right to appeal, and the appeal is accordingly dismissed (*Isham* v. *New York Assn. for Poor*, 177 N. Y. 218, 222; *Taggart* v. *Fowler*, 200 App. Div. 878; see, also, 6 Carmody on New York Practice, § 53). All concur. (Appeal from a decree construing a codicil to a will.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

JOHN SPERINO, Respondent, v. MASSARO COMPANY, INC., et al., Appellants. — Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY JAMES GIBSON, Appellant. — Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order denying defendant's motion to vacate the judgment convicting defendant of the crime of incest.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

LAKE ERIE G. L. F. COOPERATIVE, INC., Respondent, v. EDWARD J. MORROW, Appellant. — Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

MARY BARKER, Respondent, v. FRANCES E. SCHAUGHNESSY et al., Appellants. — Order of Monroe County Court reversed on the law and facts, with $10 costs and disbursements, and judgment of the Rochester City Court affirmed. Memorandum: We think that the judgment of the Rochester City Court was amply supported by the evidence. All concur. (Appeal from an order of Monroe County Court, O'MARA, J., reversing a judgment of Rochester City Court, WILDER, J., which dismissed plaintiff's complaint, and granting a new trial in an automobile negligence action.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

In the Matter of the Probate of the Will of AUGUST E. ERNST, Deceased. FRANK C. ERNST et al., Appellants; ROBERT I. MILLONZI, as Executor of AUGUST E. ERNST, Deceased, Respondent. — Motion for reargument denied, with $10 costs. Present — Taylor, P. J., Vaughan, Kimball and Piper, JJ. [See 277 App. Div. 589.]